# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **IMPLICIT, LLC,** | § | |
| *Plaintiff,* | § § § | |
| | § | **Civil Action No. 2:18-cv-53-JRG** |
| v. | § § | **LEAD CASE** |
| **NETSCOUT SYTEMS, INC.,** | § § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| **IMPLICIT, LLC,** | § § | |
| *Plaintiff,* | § § | |
| | § | **Civil Action No. 2:18-cv-47-JRG** |
| v. | § § | **CONSOLIDATED CASE** |
| **SOPHOS LTD,** | § § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff Implicit, LLC's ("Implicit") Unopposed Notice of Dismissal of all claims between Plaintiff Implicit and Defendant Sophos Ltd ("Sophos") (the "Notice"). (Dkt. No. 64.)

Having considered the Notice, it is **ORDERED** that all claims asserted in this suit between Plaintiff Implicit and Defendant Sophos are hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the above referenced case. All pending motions in this case are hereby **DENIED AS MOOT**.

**So Ordered this**
**Nov 1, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE